(No. 5765-)

THE COUNTY OF LIVINGSTON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 13, 1972.*

JOHN G. SATTER, JR., Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

This cause coming on to be heard on the Joint Stipulation of the parties hereto and the Court being fully advised in the premises;

THIS COURT FINDS that this claim is for filing fees, sheriffs' fees, and state's attorneys' fees for the County of Livingston.

IT IS HEREBY ORDERED that the sum of $770.60 be awarded claimant in full satisfaction of any and all claims presented to the State of Illinois under the above captioned cause.